**Exhibit A to the Complaint**

**Location:** Huntington, NY

**Total Works Infringed:** 27

**IP Address:** 98.116.254.248

**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 9C883E9525435CA3A4CA4A1530365E8E9A1B26F4<br>File Hash:<br>51157BC26FB0D875181E10FA3BAB90450DF40A7E0350312A99DBFF0B1B6C5EC3 | 08/18/2024<br>20:33:01 | Tushy | 10/01/2023 | 10/18/2023 | PA0002435349 |
| 2 | Info Hash: 7F9B1FCAD6CDE5591A1289E559C552E12633DC89<br>File Hash:<br>1AA39940C3FF2C150F6D6CF6556E551BBE962C661F78566F11013A324523D0F2 | 08/18/2024<br>18:28:13 | Tushy | 11/26/2023 | 12/13/2023 | PA0002445325 |
| 3 | Info Hash: 6DCDC6EAEB4288950A7AEE7A59F3841F4B6116F3<br>File Hash:<br>C8EA66A37C03FAF791D33F7F309896EC3428F556F32280AB19EE7437F7D4BAEB | 08/18/2024<br>18:27:33 | Tushy | 04/16/2019 | 05/11/2019 | PA0002173879 |
| 4 | Info Hash: 597A81FABD76C859B08D69B2F8938A22A05B6475<br>File Hash:<br>A5703833EBEC988D6F5BC399B7A59781FCA2134DE5CC03E92BDAA657E6CD208D | 08/18/2024<br>18:08:17 | TushyRaw | 05/07/2024 | 06/19/2024 | PA0002476875 |
| 5 | Info Hash: A7B41A4BD3B55E9B113F2CEA5A4BDCA1586E87D0<br>File Hash:<br>AB29F23FEE3C903AD198D6A542B049243657B22E87752A989C7A9D9995AD58A7 | 08/12/2024<br>18:31:12 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 6 | Info Hash: B3E42C84C48B8BEBEAC209531FF7F9AD54593F7F<br>File Hash:<br>673065A1DFFD464A5047C0181D534DC453ECF0026CC047D8DF60DD5354DF7DED | 08/04/2024<br>19:30:11 | Blacked | 09/04/2021 | 09/21/2021 | PA0002312679 |
| 7 | Info Hash: B80935B54936D33621F56CE8B95A7A852197D765<br>File Hash:<br>C16C55F6BE2CF1EF79C6C756F4D35E9A35CC7181AC7480B5791AA8DAF45CF0A5 | 07/27/2024<br>17:47:16 | TushyRaw | 06/14/2023 | 07/13/2023 | PA0002420358 |
| 8 | Info Hash: 6902DC672B3C032B826DC579A9CD497D8DC64E25<br>File Hash:<br>753E8924910F86A17C85115140D693CE2FD664EA1FF132F5554CA0CBB66FC0D2 | 07/27/2024<br>16:22:14 | Blacked<br>Raw | 01/10/2022 | 02/14/2022 | PA0002335456 |
| 9 | Info Hash: 04D1E15B09618A4312212EDD4AA7534ABB8DCF96<br>File Hash:<br>C18729AA5F0F5446CCAD18A988F9F132B09792B82BA160F2600CCEC2F668B675 | 07/27/2024<br>16:21:55 | Tushy | 09/26/2021 | 10/19/2021 | PA0002317053 |
| 10 | Info Hash: 4665C82DE8A7CA83557C6C9FAAC5C3FB08A40868<br>File Hash:<br>28206F8C2A899D1A14BD86A5AD73A826ECD1BEE8CB59FB97471588DD54FAB5BF | 07/05/2024<br>23:21:06 | Blacked<br>Raw | 12/06/2021 | 12/13/2021 | PA0002325836 |
| 11 | Info Hash: 333EF607453E84D6528AC24F90BAF0FAD4A1117A<br>File Hash:<br>8D68759EBB0D26D114D773A87E8A1E37F1FD3735B98773BB38286C4C8F1F36F1 | 07/05/2024<br>01:48:50 | Tushy | 03/27/2019 | 04/29/2019 | PA0002169944 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 75EACE9CA719288B52B64D4D05A349BAA09542B2<br>File Hash:<br>8789678992DCF14336251C54773CBD716197010477909F5BD6930C47A9F234E8 | 06/06/2024<br>13:28:53 | Blacked<br>Raw | 03/29/2021 | 04/14/2021 | PA0002286726 |
| 13 | Info Hash: 7B0141CC18B7BE313B886A7975B0D2F98228F880<br>File Hash:<br>E633708D8DE8BA629A30ED6E172640F642FDB2726240D6EAF492AE913A090769 | 04/17/2024<br>19:15:25 | Blacked | 06/19/2017 | 07/07/2017 | PA0002070823 |
| 14 | Info Hash: 89A1B4D1F12E6DFAE02ACA7A826A3F026370983F<br>File Hash:<br>3D313A2A5A266B793BF55B69B8084D4C8807B20140D8382EFD7803C04570EC76 | 03/19/2024<br>00:32:13 | Blacked<br>Raw | 02/03/2023 | 03/08/2023 | PA0002400564 |
| 15 | Info Hash: 4B392431E31DDA6897C1F7865B27E204D34B79B8<br>File Hash:<br>7E0438008A2F2DE6EB1E88D729811438D919EACF16FC2D97F551B489DE7685C4 | 01/22/2024<br>02:40:16 | Vixen | 05/19/2017 | 06/22/2017 | PA0002039287 |
| 16 | Info Hash: D08EDB74C8DB55F45F7C1F240810C5463B33AF0D<br>File Hash:<br>193D2A8114D4FBB4B22D9648A64BF51F409BD650881B3666386C1850B4532B2D | 01/22/2024<br>02:34:44 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 17 | Info Hash: 67DB501791A10A08A69FBB3B3F5CAD9A39994FA1<br>File Hash:<br>4515F8C63E0AD1A8595F3E7D1277E5A8F961E180E0131F03B67A7FCCB39F1EB6 | 01/22/2024<br>02:17:25 | Tushy | 07/02/2023 | 07/13/2023 | PA0002420348 |
| 18 | Info Hash: 85E2B11875C0E2D01E6D2C94C8245AA795B749B1<br>File Hash:<br>F958E9C63AE8ACDE841708D11F049547C36CFF70E278CA1E9F278E01521F1D63 | 01/22/2024<br>02:16:57 | Blacked<br>Raw | 02/16/2018 | 03/01/2018 | PA0002079185 |
| 19 | Info Hash: F8FBC36D824DEAFA3B0065D6F5B56870A30EE4DD<br>File Hash:<br>C9BE0488CC1277581F0DE03434554ECFA894B8DFC32605AA8319A2FC7BC19879 | 01/22/2024<br>02:10:23 | Vixen | 04/14/2023 | 05/15/2023 | PA0002411265 |
| 20 | Info Hash: 0DD16242DB181440C7967CBEAD12F7BBED3A36AE<br>File Hash:<br>A7B266259382664ABAC78236ED8E1F4BF31F6E9F0033B1D97094331145D79776 | 01/14/2024<br>20:24:14 | Blacked<br>Raw | 01/01/2024 | 01/16/2024 | PA0002449432 |
| 21 | Info Hash: 44B4FBF6C812B646820EABDFA329992B2D7065CA<br>File Hash:<br>33AB19B33CE5E9A0D98BC71DBFCE43E9F050874167AE3C325001CB280A964449 | 01/14/2024<br>20:19:41 | Blacked | 11/25/2023 | 12/11/2023 | PA0002444871 |
| 22 | Info Hash: 8BA4881BBF255B9586461057C2A46707E3BE40E0<br>File Hash:<br>08B38B2088E0689B0A1B0357F0268B18FD9BFA7405CA40153A4451540D2CB68F | 01/14/2024<br>18:49:41 | Vixen | 08/18/2023 | 09/18/2023 | PA0002431080 |
| 23 | Info Hash: 732813BB2180BDE9475B1630CCE9364D0C069228<br>File Hash:<br>A0C0E5FF9FB0A72DF42E4CFBF3DCE9FB22CDE152D96D350510E350015045EFFE | 10/28/2023<br>05:11:32 | Blacked<br>Raw | 04/29/2023 | 05/14/2023 | PA0002411313 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: 2E0B55853DBE8D43D893BAED034ED6E7203DC238<br>File Hash:<br>268931F60F7756E1251BB366DE5A42628CB27C2412A97C5DF79B3C644DB97B5E | 06/29/2023<br>02:27:27 | Blacked | 01/21/2023 | 01/27/2023 | PA0002393070 |
| 25 | Info Hash: 2045279A2FFE52B05C6F44502AD282947AF7144B<br>File Hash:<br>4F12177BE0A4ECC70CAFCFF99EC5610ED9533415F39A05D13BA45AC5DA98307D | 05/11/2023<br>03:28:14 | Blacked | 10/22/2019 | 11/05/2019 | PA0002210294 |
| 26 | Info Hash: DADDC020188225733D70B4BD7BC3C7A1C5E6DF7F<br>File Hash:<br>66817E5F5203B5D23FD9F101FF93ACEAFCE88D34598DFA5D6CDE4E930490CDFB | 04/11/2023<br>03:57:09 | Blacked<br>Raw | 10/25/2021 | 11/11/2021 | PA0002321278 |
| 27 | Info Hash: C50A97142F035C9274F254D942B2345522D8160C<br>File Hash:<br>E102DEE5B7978779E9BB196352C2916F671A0235B243982BBA8CA075337E7BCC | 04/11/2023<br>03:50:50 | Tushy | 11/14/2021 | 01/07/2022 | PA0002337916 |